JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAGUE PEETE, | ) | Case No. ED CV 11-1838 MMM (MRW) |
|         Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MATTHEW CATES, | ) | |
|         Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 31, 2013

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE